FILED

DEC 1 2 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 17-30203-NJR |
| Plaintiff, ) | |
| ) | Title 18, |
| vs. ) | United States Code, |
| ) | Sections 2252A(a)(5)(B), 2252A(b) |
| ) | |
| WAYNE A. SCHLICHTER, JR., ) | |
| ) | |
| Defendant ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

#### POSSESSION OF CHILD PORNOGRAPHY

From on or about May 14, 2016, to July 28, 2016 in St. Clair County, Illinois, within the Southern District of Illinois,

**WAYNE A. SCHLICHTER, JR.,**

defendant herein, did knowingly possess any material that contains an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), specifically a digital recording with file name "VID 20150607 050259" that has been mailed, or shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, and has previously been convicted in the Court of Common Pleas of York County, Pennsylvania, of Statutory Rape in Case Number CP-67-CR-0001062-1994 on April 4, 1994, all in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b).

1

## FORFEITURE ALLEGATION

Upon conviction for the offense charged, defendant shall forfeit to the United States, pursuant to Title 18, United States Code 2253, any and all material that contained any images of child pornography and any and all property used and intended to be used in any manner or part to commit and to promote the commission of the aforementioned offenses.

The property that is subject to forfeiture referred to above includes, but is not limited to, the following:

```
HP 2000-2b19WM Notebook computer, S/N: 5CG3081KTF
HP 15-f009WM Notebook computer, S/N: 5CD4211WHV
Verizon Ellipsis Tablet, IMEI: 353610084331308
Samsung Tablet, IMEI: 990005904113355
Micro SD card, S/N: 1304RM9312P
iPod Touch, S/N: CCQR36CDGGK4
Samsung Galaxy S7 cell phone, IMEI: 353562084201211
SanDisk Red/Black thumb drive, S/N: BM131023139B
```

A TRUE BILL

FOREPERSON

LAURA REPPERT
Assistant United States Attorney

DONALD S. BOYCE
United States Attorney

Recommended Bond: Detention